IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02419-MSK-MEH

ANDREZ DOMINGUEZ,

    Plaintiff,

v.

LIBERTY ACQUISITIONS SERVICING, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 1, 2011.**

    Plaintiff's Motion to Appear Telephonically at December 6, 2011 Scheduling Conference [filed November 29, 2011; docket #7] is **granted**. If both parties will be appearing by phone, they are instructed to first teleconference together before dialing Chambers at (303) 844-4507 at the appointed time.